**No. 09-10918. Willis Mark Haynes, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3488, 177 L. Ed. 2d 1077, 2010 U.S. LEXIS 5209.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 763.